# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| United States of America<br>v.<br>Paul Michael Gangi<br><br>*Defendant(s)* | )<br>)<br>) Case No.  24-mj-247-01-TSM<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  September 5, 2024  in the county of  Hillsborough  in the
_____ District of  New Hampshire , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 115 | Influencing, impeding, or retaliating against a Federal official by threatening or injuring a family member |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

/s/ Michael G. Nunley
*Complainant's signature*

Michael G. Nunley, Special Agent OIG
*Printed name and title*

Sworn to before me via telephone in accordance with Federal Rule of Criminal Procedure 4.1.

Date:  09/21/2024

*Judge's signature*

City and state:  Concord, New Hampshire   Hon. Talesha Saint-Marc, U.S. Magistrate Judge
*Printed name and title*