# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 24-mj-247-TSM |
| : | |
| PAUL MICHAEL GANGI : | |
| : | |
| Defendant. : | |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for Defendant have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that Defendant does not oppose this motion or the entry of the attached protective order.

Respectfully submitted,

JANE E. YOUNG
United States Attorney

By: /s/ Anna Z. Krasinski
Anna Z. Krasinski
Assistant United States Attorney
United States Attorney's Office
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301
New Hampshire Bar No. 276778
(603) 451-7851
anna.krasinski@usdoj.gov